UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN DE LA PAZ BERNAL,<br>Petitioner,<br><br>v.<br><br>DANIEL A. BRIGHTMAN, Field Office Director of ICE Enforcement and Removal Operations, San Diego, California; CHRISTOPHER LA ROSE, Warden, Otay Mesa Detention Center; DAVID J. VENTURELLA, Acting Director of ICE; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States,<br>Respondents. | Case No.: 3:26-cv-04428-LEK-MSB<br><br>**ORDER DISMISSING, WITHOUT PREJUDICE, PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241)** |

Petitioner Valentin De La Paz Bernal ("Petitioner") filed a Petition for Writ of Habeas Corpus (28 U.S.C. § 2241) ("Petition") on August 3, 2026. [Dkt. no. 1.] Pursuant to a minute order issued on August 19, 2026, [dkt. no. 6,] Petitioner filed a status report on September 2, 2026, [dkt. no. 7]. Petitioner states that he was released on bond on September 1, 2026, [id. at PageID.42,] and he acknowledges that the Petition is moot in light of his release, [id. at PageID.43]. Based on Petitioner's representations, the Petition is DISMISSED WITHOUT PREJUDICE, and the Clerk's Office is DIRECTED to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 14, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**<u>VALENTIN DE LA PAZ BERNAL VS. DANIEL A. BRIGHTMAN ET AL.</u>; CASE NO. 3:26-CV-04428-LEK-MSB; ORDER DISMISSING, WITHOUT PREJUDICE, PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241)**